Fill in this information to identify the case:

Debtor name: Lewisberry Partners, LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known): 24-11496

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor    Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Citizens Bank | Checking | 3691 | $27,161.93 |

4. Other cash equivalents *(Identify all)*

5. **Total of Part 1.**    $27,161.93
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ☒ Yes Fill in the information below.

7. Deposits, including security deposits and utility deposits
   Description, including name of holder of deposit

   7.1. Security Deposits in escrow for 15 rented units    $16,675.00

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
   Description, including name of holder of prepayment

9. **Total of Part 2.**    $16,675.00
   Add lines 7 through 8. Copy the total to line 81.

Debtor    Lewisberry Partners, LLC                          Case number (If known) 24-11496
          Name

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

**11. Accounts receivable**

11a. 90 days old or less:    24,052.00         -              0.00         = ....        $24,052.00
                         face amount              doubtful or uncollectible accounts

**12. Total of Part 3.**                                                                  $24,052.00

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

### Part 4: Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.
☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Debtor  **Lewisberry Partners, LLC**                          Case number *(If known)* 24-11496
         Name

| | | | |
|---|---|---|---|
| Avant wheel loader | $48,615.84 | Cost less depreciation | $27,500.00 |
| Miscellaneous maintenance equipment - lawn tractor, pressure washer, ladders, etc. | $0.00 | Cost less depreciation | $2,500.00 |

51. **Total of Part 8.**                                                                                    $30,000.00

    Add lines 47 through 50.   Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ☒ Yes Fill in the Information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an Interest

    | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's Interest in property | Net book value of debtor's Interest (Where available) | Valuation method used for current value | Current value of debtor's Interest |
    |---|---|---|---|---|
    | 55.1. See Attached "Tenant, Unit Data"<br>See Attached "Sq. Ft. - FMV" | | Unknown | | $6,591,060.00 |

56. **Total of Part 9.**                                                                                    $6,591,060.00

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☒ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 10:    Intangibles and Intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☒ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Official Form 206A/B         Schedule A/B Assets - Real and Personal Property                                page 3
Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

| Debtor | Lewisberry Partners, LLC | Case number (If known) 24-11496 |
|---|---|---|
| | Name | |

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **Lewisberry Partners, LLC**  
Name

Case number *(if known)* **24-11496**

### Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $27,161.93 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $16,675.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $24,052.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $30,000.00 | |
| 88. Real property. *Copy line 56, Part 9.*........................> | | $6,591,060.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $97,888.93 | + 91b. $6,591,060.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $6,688,948.93 |

## Schedule A/B

55. Any building, improved real estate, or land debtor owns or has an interest.

"See Attached"

| Unit | Name | Sq.Ft. | AVG Per SF Price | FMV |
|---|---|---|---|---|
| 6 | Darnell Hayes | 2391 | $140.00 | $334,740.00 |
| 10 | Brooke McLaughlin | 2391 | $140.00 | $334,740.00 |
| 12 | VACANT | 2524 | $140.00 | $353,360.00 |
| 14 | Cassie Zangari | 2391 | $140.00 | $334,740.00 |
| 18 | Darci Dellwardt | 2391 | $140.00 | $334,740.00 |
| 22 | Oceana Scott, Julio Baez | 2524 | $140.00 | $353,360.00 |
| 24 | VACANT | 2391 | $140.00 | $334,740.00 |
| 101 | Kimberlyn Henry | 2524 | $140.00 | $353,360.00 |
| 107 | Alonzo & Larkee | 2070 | $140.00 | $289,800.00 |
| 109 | Bobbie Monagan-Allen | 2070 | $140.00 | $289,800.00 |
| 111 | VACANT | 2391 | $140.00 | $334,740.00 |
| 121 | Joshua Buzzard | 2070 | $140.00 | $289,800.00 |
| 123 | Cousin Seth Weigard | 2070 | $140.00 | $289,800.00 |
| 125 | Eric Klinger | 2070 | $140.00 | $289,800.00 |
| 127 | Riedal / Rhyder | 2070 | $140.00 | $289,800.00 |
| 129 | Ron Glass, Jen Goldsmith | 2070 | $140.00 | $289,800.00 |
| 131 | Edward Newmyer | 2070 | $140.00 | $289,800.00 |
| 135 | Cly & Brendan Matthews | 2391 | $140.00 | $334,740.00 |
| 142 | VACANT | 2070 | $140.00 | $289,800.00 |
| 146 | Betsy Fox | 2070 | $140.00 | $289,800.00 |
| 148 | Andrea Martin | 2070 | $140.00 | $289,800.00 |
| **Fair Market Value** | | | **TOTAL:** | **$6,591,060.00** |