Fill in this information to identify the case:

Debtor name: **Lewisberry Partners, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF PENNSYLVANIA**

Case number (if known): **24-11496**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Joanna Johnson<br>1359 W. Evergreen Drive<br>Phoenixville, PA 19460 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,500.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>Property Manager | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>Joanna Johnson<br>1359 W. Evergreen Drive<br>Phoenixville, PA 19460 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,675.00 | $3,675.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>Commissions from Rentals | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.3** | Priority creditor's name and mailing address<br>Matthew Johnson<br>1359 W. Evergreen Drive<br>Phoenixville, PA 19460 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,170.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>Property maintenance | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

Debtor  Lewisberry Partners, LLC  
Name

Case number (if known) 24-11496

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>Alba Botts<br>307 Stone Row Lane<br>New Cumberland, PA 17070<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Landscaping and snow removal<br>Is the claim subject to offset? ☒ No ☐ Yes | $2,000.00 |
| **3.2** Nonpriority creditor's name and mailing address<br>Christopher L. Zellman, CPA<br>15 Gallop Lane<br>West Chester, PA 19380<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Accountant services<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,200.00 |
| **3.3** Nonpriority creditor's name and mailing address<br>HSK Service, LLC<br>8 West Siddonsburg Road<br>Harrisburg, PA 17109<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Landscaping<br>Is the claim subject to offset? ☒ No ☐ Yes | Unknown |
| **3.4** Nonpriority creditor's name and mailing address<br>Obermayer Rebmann Maxwell & Hippel LLP<br>Attn: Edmond M. George, Esquire<br>Centre Square West - Suite 3400<br>1500 Market Street<br>Philadelphia, PA 19102<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Legal Services<br>Is the claim subject to offset? ☒ No ☐ Yes | $352,668.64 |
| **3.5** Nonpriority creditor's name and mailing address<br>Powerco, Inc.<br>12 Route 173<br>Clinton, NJ 08809<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | $11,000.00 |

**Part 3:  List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 9,345.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 366,868.64 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 376,213.64 |

Official Form 206 E/F  Schedule E/F: Creditors Who Have Unsecured Claims  Page 2 of 2  
Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy