Fill in this information to identify the case:

Debtor name   Lewisberry Partners, LLC

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   24-11496

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | See Attached |

## Schedule G – Contracts and Leases

| Kingswood / Glenbrook - TENANTS | | | | |
|---|---|---|---|---|
| TENANT / OWNER NAMES | UNIT | Lease Term | | Amount of Security Deposit |
| | | BEGIN | END | |
| Darnell Hayes | 6 Kingswood Drive, Lewisberry, PA 17339 | 4/1/2022 | 3/31/2025 | $0.00 |
| Brooke McLaughlin | 10 Kingswood Drive, Lewisberry, PA 17339 | 6/15/2015 | 6/30/2025 | $1,000.00 |
| VACANT - to be listed upon repairs | 12 Kingswood Drive, Lewisberry, PA 17339 | VACANT | | $0.00 |
| VACANT | 14 Kingswood Drive, Lewisberry, PA 17339 | VACANT | | $0.00 |
| Darci Dellwardt | 18 Kingswood Drive, Lewisberry, PA 17339 | 8/18/2018 | 8/31/2024 | $1,000.00 |
| Oceana Scott | 22 Kingswood Drive, Lewisberry, PA 17339 | 8/15/2023 | 8/31/2024 | $2,000.00 |
| VACANT - to be listed upon repairs | 24 Kingswood Drive, Lewisberry, PA 17339 | VACANT | | $0.00 |
| Kimberlyn Henry | 101 Scully Place, Lewisberry, PA 17339 | 11/1/2014 | 10/31/2024 | $1,000.00 |
| Larkee Desaque & Alonzo Hankerson | 107 Scully Place, Lewisberry, PA 17339 | 5/28/2021 | 7/31/2024 | $1,000.00 |
| Bobbie Monagan-Allen | 109 Scully Place, Lewisberry, PA 17339 | 7/16/2018 | 7/30/2024 | $1,000.00 |
| VACANT | 111 Scully Place, Lewisberry, PA 17339 | VACANT | | $0.00 |
| Josh & Laura Buzzard | 121 Scully Place, Lewisberry, PA 17339 | 7/1/2018 | 6/30/2024 | $1,000.00 |
| Katherine Miller | 123 Scully Place, Lewisberry, PA 17339 | 5/14/2021 | 5/31/2025 | $1,000.00 |
| Eric Klinger | 125 Scully Place, Lewisberry, PA 17339 | 6/12/2015 | 6/30/2025 | $1,000.00 |
| Karyn Rhyder / Jacob Riedal | 127 Scully Place, Lewisberry, PA 17339 | 8/1/2021 | 7/31/2025 | $1,000.00 |
| Ron Glass, Jennifer Goldsmith | 129 Scully Place, Lewisberry, PA 17339 | 7/1/2021 | 6/30/2025 | $1,675.00 |
| Edward Newmyer | 131 Scully Place, Lewisberry, PA 17339 | 9/17/2017 | 9/30/2024 | $1,000.00 |
| Clydiene Francis & Brendan Matthews | 135 Scully Place, Lewisberry, PA 17339 | 8/1/2020 | 7/31/2025 | $1,000.00 |
| Vacant | 142 Scully Place, Lewisberry, PA 17339 | 1/28/2021 | 5/31/2024 | $0.00 |
| Betsy Fox | 146 Scully Place, Lewisberry, PA 17339 | 7/1/2011 | 6/30/2025 | $1,000.00 |
| Andrea Martin | 148 Scully Place, Lewisberry, PA 17339 | 9/1/2018 | 8/31/2024 | $1,000.00 |
| | | | | $16,675.00 |