# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  Lewisberry Partners, LLC                                    Case No.  24-11496
                                  Debtor(s)                        Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| David Kirk<br>41 McCann Drive<br>Ottsville, PA 18942 | | | 3.47% |
| Glenbrook Townhomes, Inc.<br>27 Nutt Road<br>Phoenixville, PA 19460 | | | .07% |
| Greg Shawley<br>324 Deaven Road<br>Harrisburg, PA 17111 | | | 2.49% |
| Joanna Johnson<br>1359 W. Evergreen Drive<br>Phoenixville, PA 19460 | | | 1.07% |
| John O'Sullivan<br>6220 Reserve Circle<br>#604<br>Naples, FL 34119 | | | 10.67% |
| Richard Puleo<br>140 Woodfield Crossing<br>Lancaster, PA 17602 | | | Managing Member 82.24% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  5/23/2024                     Signature  *Richard J. Puleo*
                                               Richard J. Puleo

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.