| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Lewisberry Partners, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known): | 24-11496 |

☒ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alba Botts<br>307 Stone Row Lane<br>New Cumberland, PA 17070 | | Landscaping and snow removal | | | | $2,000.00 |
| Christopher L. Zellman, CPA<br>15 Gallop Lane<br>West Chester, PA 19380 | | Accountant services | | | | $1,200.00 |
| HSK Service, LLC<br>8 West Siddonsburg Road<br>Harrisburg, PA 17109 | | Landscaping | | | | $0.00 |
| Joanna Johnson<br>1359 W. Evergreen Drive<br>Phoenixville, PA 19460 | | Property Manager | | | | $4,500.00 |
| Joanna Johnson<br>1359 W. Evergreen Drive<br>Phoenixville, PA 19460 | | Commissions from Rentals | | | | $3,675.00 |
| Matthew Johnson<br>1359 W. Evergreen Drive<br>Phoenixville, PA 19460 | | Property maintenance | | | | $1,170.00 |
| Obermayer Rebmann Maxwell & Hippel LLP<br>Attn: Edmond M. George, Esquire<br>Centre Square West - Suite 3400<br>1500 Market Street<br>Philadelphia, PA 19102 | | Legal Services | | | | $352,668.64 |

Debtor  Lewisberry Partners, LLC  
Name

Case number (if known)  24-11496

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Powerco, Inc.<br>12 Route 173<br>Clinton, NJ 08809 | | | | | | $11,000.00 |