IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : |
|---|---|
| | : CHAPTER 11 |
| LEWISBERRY PARTNERS, LLC | : |
| | : BANKRUPTCY NO. 24-11496 |
| Debtor. | : (PMM) |
| | : |

## STIPULATION AND ORDER

It is Stipulated by and between Lewisberry Partners, LLC, the Debtor and Debtor-in-Possession (the "Debtor") and .S. Bank, N.A., not in its individual capacity but solely as trustee of HOF I Grantor Trust 1 (the "Lender") and Fay Servicing, LLC ("Fay Servicing"), through their undersigned Counsel as follows:

**WHEREAS,** the Debtor filed a motion (the "Motion") for an Order Pursuant to 11 U.S.C. § 363(f) and Federal Rules of Bankruptcy Procedure 6004(c) and (f) and 9014 for (1) authority to sell the Property at 24 Kingswood Drive, Lewisberry, PA 17339 free and clear of liens, claims and encumbrances to Mackenzie Boyd and Alexander Boyd (the "Buyers");

**WHEREAS,** the Lender filed an Objection and there was a hearing on the Motion and the Court entered an Order (D.N. 104) on July 16, 2024 whereby the Motion and sale to the Buyers was approved but the following proceeds were to be escrowed by the Title Company (collectively, the "Escrowed Proceeds"):

    **a.**     Fay Servicing Closing Proceeds - $258,971.09

    **b.**     Officer Compensation to RGP - $8,223.68

    **c.**     Property Management to Joanna Johnson - $4,500.00;

**WHEREAS,** the parties wish to resolve the dispute regarding the Escrowed Proceeds;

**AND NOW,** intending to be legally bound, the parties agree as follows:

1. The Title Company shall release the Fay Serving Closing Proceeds in the amount of $258,971.09 to Fay Servicing;

2. The Title Company shall release an additional $6,361.84 to Fay Servicing;

3. The Title Company shall release the remaining $6,361.84 to the Debtor;

4. This resolution is a compromise as to the Escrowed Proceeds only and is without wavier of any rights of either party.

Dated: August 6, 2024

_/s Peter Meltzer_  
Peter Meltzer, Esq.  
Counsel for the Lender and Fay Servicing

_/s/ Daniel S. Siedman_  
Daniel S. Siedman, Esq.  
Counsel for Debtor

APPROVED BY:

_____  
Judge Patricia M. Mayer